Mr. Kenneth Watson #2520592
John Middleton Unit / N.E
13.055 F.M. 3522
Abilene, Texas 79601

1:24-cv-201-H

United States District Court
United States Magistrate Judge
Mr. John R. Parker
341 Pine St. Rm. 2313
Abilene, Texas 79601

FILED - USDC - NDTX - AB
DEC 2 2024 AM10:17

In Re: Complaint Against John Middleton Unit Administration Staffs.; Grievance # 2025024696 and 2025021608.

Dear Honorable Magistrate Judge: Mr. Parker!

I'm writing your office due to the Senior Warden: Roger L. Boyd! Administrative Body (Staffs) has continue injuried offender's through-out the unit knowingly & intentionally violating offender rights and constitution violations resulting from failure to train it's officers within the interpretation or application of TDCJ Policies, Rules, Regulation, Procedure and Post Orders. Put it this way on or about 10/23/2024 I notified the picket officer that the restroom drain is backing-up approximately 4:00 (am) which the officers had failure to come out of the picket to investigate the matter /or call the ranking official regarding the matter. How this matter has gone without notice is because dorm officers has failure to conduct an work order on an AD-841 to ensure 10.20-Representative assigned by the B4 Warden or Dept. of Head to ensure the matter is implemented. There are 2-sinks out-of 8 that work, with no hot water and the sinks always leak and the toilet and urenal doesn't flush properly. Ofc. Brown has inform me that, by pointing at C-Dorm Sect. 5 Cubicals

(1)

AT THE BASE LINE HALF AN INCH THICK BY 1 FOOT WHICH RATS ENTER INTO THE BUILDING AND BLACK MOLD BEHIND THE PANEL; THERE'S NO VENTILATION ON THE DORM.

OFC. BROWN HAD EXPLAIN IN GREAT DETAIL OF THE LONG TERM VIOLATION, BY RUBBLE STAMPTING ON THE WORK-ORDER BY FABRICATING ON GOVERNMENT DOCUMENT, HOW IS HAD GONE UN-NOTICE IS BECAUSE NOT ONLY THE MAINTENCE DEPT., BUT THE COMPLIANCE OFFICER SGT. HARRIS THEY BOTH HAS MADE USES OF FALSE WRITING, CONSEAL /OR COVER-UP. THE WARDEN'S DESIGNEE ARE WILLING TO DO ANYTHING PROTECT SHIELD /OR FABRICATE ANY TDCJ DOCUMENT AND RUBBER STAMP IN ORDER TO VIOLATE OUR RIGHTS.

THE ASSISTANCE WARDEN: CLARISA C. LOPEZ, RESPONSE ON GRIEVANCE# 2025021608 STATES, UNIT MAINTENANCE SUPERVISOR FOR INSPECTION AND POSSIBLE REPAIRS OF C-5 DORM PLUMBING ISSUES... STAFF REPORT, DRAINS HAVE BEEN CLEANED OUT, SINKS AND URINALS ARE WORKING... UNTIL THIS DAY NOTHING IS WORKING /OR FUNCTION PROPERLY, WE HAVE NO HOT WATER, ect; RATS STILL ENTER INTO THE LIVING AREA C-5-DORM.

AND LASTLY, THE FOOD SERVICE DEPT. HAS TWO MAJOR ISSUE 1) DISREGARDING AN EXESSIVE RISK TOWARD INMATE HEALTH OR SAFETY, ALLOWING UNSANITARY CONDITION TO EXIST IN THE KITCHEN AND DINING AREA; CROSS-CONTAMINATION TRAYS, AND THE EIGHT AMENDMENT - PROTECT INMATES BY REQUIRING PRISON OFFICIALS TO TAKE REASONABLE MEASURE TO GUARANTEE THE SAFETY OF THE INMATES. THE FOOD SERVICE DEPT ARE WITHOUT ADEQUATE HOT WATER - ALTHOUGH, THE DEPT. OF HEALTH STANDARD MANDATE TEMPERATURE OF 150 DEGREES FAHRENHEIT FOR HOT AND 120 DEGREES FAHRENHEIT FOR CHEMICAL DISWASHER, AND ARE CONTINUE TO BE HEAVLY STAINED AND GREASY AND (2) WHOLESOME & NUTRITIOUS MEALS AND CALORIE COUNT OF NO LESS THAN 2400 CALORIES, WE RECIEVE LESS THAN THAT. SINCE THE MIDDLETON UNIT ARE FAR AWAY FROM HUNTSVILLE THE ADMINSTRATIVE BODY HAS CONTINUED TO DEPRIVATED INMATES RIGHT. THE ASSISTANCE WARDEN LOPEZ IS SIMPLY A POLICY QUOTER, THIS IS AN DIRECT VIOLATION of 18 USCA 1.001 - FRAUD AND FALSE STATEMENT 18 USCA 371 CONSPIRACY TO COMMIT OFFENSE.

ENCLOSING, MAGISTRATE JUDGE PARKER; I THANK YOU FOR TIME - HOWEVER, I ASKED THAT YOUR OFFICE TO ARREST THE FOLLOWING OFFICERS BOND UNTIL THIS MATTER IS OVER

(2)

- ASSISTANT WARDEN: CLARISA C. LOPEZ (LOPEZ)
- FOOD SERVICE MAJOR: J. BAKER
- FOOD SERVICE MANAGERS:
  STEPHANIE L. CONTRERAS
  BRITTNEY M. McCANTS
  MALENAR R. PONCE

"MAINTENANCE SUPERVISOR'S
  D. HOOVER
  DAVID M. CULBERT

COMPLIANCE SGT. A. HARRIS

PLEASE BE MINDFUL THAT THE MIDDLETON UNIT JUST UNDERGO INSPECTION, WHICH ALL THIS IN MIND, THE ABOVE ISSUES HOW IS THAT THE ADMINISTRATION PASS THE INSPECTION? COULD YOU PLEASE ENSURE THAT THE PROPER DEPARTMENT; NAMELY: OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION (OSHA) REGION 6: LUBBOCK AREA OFFICE)
1205 TEX. AVE RM. 806
LUBBOCK, TX. 79401, AND THE

BUILDING CODE ENFORCER;

TO ENSURE THE PROPER AUTHORITY ENFORCEMENT HAVE THE UNIT IN COMPLIANCE, NOT THE ACA RUBBER STAMPING THEIR DEFICIENCIES. I'M AFRAID THAT THESE CONTINUE INJURIOUS WILL CONTINUED AT IT'S BEST.

I THANK YOU IN ADVANCE UPON WHATSOEVER YOU ENFORCE, WHATEVER CORRECTABLE CHANGES YOU ENFORCE IS A BLESSING THANK YOU. WE NEED YOUR IMMEDIATELY HELP!.

11/25/2024

RESPECTFULLY SUBMITTED,
/S/ _____
KENNETH WATSON

(3)



From:
John Middleton Unit — Mr. Kenneth Watson #85 205 48
13055 F.M. 3522
Abilene, Texas 79601

To:
United States District Clerk' ofc.
Mist. Grant, Deputy-in-Charge
341 Pine St. Rm. 2008
Abilene, Texas 79601-5928

RECEIVED
DEC 02 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS