UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KENNETH WATSON,
Institutional ID No. 2520592

        Plaintiff,

v.

JOHN MIDDLETON UNIT
ADMINISTRATION, et al.,

        Defendants.

No. 1:24-CV-00201-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights action is dismissed without prejudice for want of prosecution.

Dated February 13, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge